UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

JOSEPH R. KALAC,

                Defendant.

Case No. CR13-224-RSM

**DETENTION ORDER**

Offenses charged:

- Possession of Heroin with Intent to Distribute
- Possession of a Firearm in Furtherance of a Drug Trafficking Crime
- Felon in Possession of a Firearm
- Failure to Surrender for Service of Sentence.

Date of Detention Hearing:  July 26, 2013.

     The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a long criminal history, allegedly committed the present offenses while on federal supervision and also allegedly absconded rather presenting himself to serve a court ordered sentence. He made no argument for release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of July, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge